FILED

MAY 18 2010

SUSAN M SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

| | | |
|---|---|---|
| In re: | ) | BAP No.   EC-10-1116 |
| | ) | |
| | ) | Bk. No.   09-45778 |
| RAJ SINGH, | ) | |
| | ) | USDC No. 2:10-mc-0056 WBS KJM (PS) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| RAJ SINGH, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | **(Response Required)** |
| LAWRENCE J. LOHEIT, Trustee; | ) | |
| U.S. TRUSTEE, | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

Before:   HOLLOWELL and DUNN, Bankruptcy Judges.

This is an appeal from an order dismissing a Chapter 13 case.

On April 15, 2010, the BAP issued a Notice of Deficient Appeal and Impending Dismissal, indicating that appellant had not paid the filing and docketing fees and requiring a response. Appellant did not file a response with the BAP.

Appellant filed a motion for fee waiver in the bankruptcy court on May 6, 2010.  The motion has been forwarded to the BAP.

The fee waiver provisions of 28 U.S.C. § 1930(f), as well as the procedures and guidance promulgated by the Judicial Conference of the United States with respect to the statute, permits the bankruptcy court to waive appellate fees <u>only</u> with respect to individual debtors under Chapter 7 whose filing fee has been waived.  Appellant is a Chapter 13 debtor, and thus ineligible for the fee waiver provisions of 28 U.S.C. § 1930(f).  The bankruptcy court lacks authority to grant appellant leave to proceed <u>in forma pauperis</u>.

Furthermore, under the holding of <u>Perroton v. Gray (In re Perroton)</u>, 958 F.2d 889 (9th Cir. 1992) and <u>Determan v. Sandoval (In re Sandoval)</u>, 186 B.R. 490, 496 (9th Cir. BAP 1995), the Bankruptcy Appellate Panel has no authority to grant <u>in forma pauperis</u> motions under 28 U.S.C. § 1915(a) because bankruptcy courts are not "court[s] of the United States" as defined in 28 U.S.C. § 451.  Only the U.S. District Court has authority to grant <u>in forma pauperis</u> status with respect to this appeal.

Therefore, appellant's motion is hereby TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ruling on the motion.  For the convenience of the district court, a copy of the notice of appeal, the order on appeal and the motion will be forwarded to the district court for consideration.

It is appellant's responsibility to take all necessary steps

to have the motion considered by the district court within a reasonable period of time.

After the district court issues its decision, appellant is directed to notify the BAP of the district court ruling on the motion. The appeal will then proceed before the BAP.

No later than **Thursday, June 17, 2010**, appellant must file with the BAP and serve on opposing counsel a written response which includes as an exhibit a copy of the district court's order on the motion or an explanation of the steps appellant has taken to have the motion considered by the district court.

**Failure to comply with the requirements of this order may result in dismissal of this appeal for lack of prosecution without further notice to the parties.  9th Cir. BAP R. 8070-1.**

| Court Home | Case Search | Calendar | Opinions | Orders/Judgments | Billing History | Court Information | XML | TXT | Logout | Help |

Case 2:10-mc-00056-WBS-KJM   Document 1   Filed 05/19/10   Page 4 of 7

# General Docket
## U. S. Bankruptcy Appellate Panel for the Ninth Circuit

**Bankruptcy Appellate Panel Docket #:** 10-1116     **Docketed:** 04/15/2010
Raj Singh v. Lawrence Loheit, et al
**Appeal From:** California Eastern - Sacramento
**Fee Status:** fee due

**Case Type Information:**
   1) Bankruptcy
   2) Chapter 13 Non-Business
   3) null

**Originating Court Information:**
   **District:** 0972-2 : 09-45778
   **Trial Judge:** Ronald H. Sargis, U.S. Bankruptcy Judge
   **Date Filed:** 11/24/2009
   **Date Order/Judgment:**     **Date NOA Filed:**     **Date Rec'd BAP:**
   04/05/2010     04/08/2010     04/12/2010

**Prior Cases:**
   None

**Current Cases:**
   None

**Panel Assignment:**     Not available

---

In re: RAJ SINGH
        Debtor
------------------------------

| | |
|---|---|
| RAJ SINGH<br>        Appellant | Raj Singh<br>[NTC Pro Se]<br>P.O. Box 162783<br>Sacramento, CA 95816 |

v.

| | |
|---|---|
| LAWRENCE J. LOHEIT, Trustee<br>        Appellee | J. Russell Cunningham, Attorney<br>Direct: 916-443-2051<br>[COR LD NTC Retained]<br>DESMOND, NOLAN, LIVAICH & CUNNINGHAM<br>1830 15th Street<br>Sacramento, CA 95811 |
| U.S. TRUSTEE<br>        Appellee | Judith C. Hotze, Attorney<br>Direct: 916-930-2087<br>[COR LD NTC Retained]<br>OFFICE OF THE U.S. TRUSTEE<br>U.S. Department of Justice<br>Suite 7-500<br>501 "I" St.<br>Sacramento, CA 95814-0000 |

In re:  RAJ SINGH

          Debtor

------------------------------

RAJ SINGH

          Appellant

v.

LAWRENCE J. LOHEIT, Trustee; U.S. TRUSTEE

          Appellees

| Date | | Description |
|---|---|---|
| 04/12/2010 | 5 pg, 755.2 KB | Received notice of appeal filed in Bankruptcy Court on 04/08/2010, notice of referral, transmittal form and Civil Minute Order. (VJ) |
| 04/15/2010 | 3 pg, 78.45 KB | Notice to all parties and Bankruptcy Court RE: BAP Case number assigned: EC-10-1116. (VJ) |
| 04/15/2010 | 2 pg, 42.99 KB | Notice of Deficiency sent to Appellant RE: Filing fee not paid ( lack of prosecution). Re: cc: All parties. (VJ) |
| 04/15/2010 | 3 pg, 627.12 KB | Sent BRIEFING ORDER & NOTICE to appellant Raj Singh. Copies to all parties.. Appellant Raj Singh's opening brief due 06/01/2010. (VJ) |
| 05/03/2010 | 1 pg, 50.2 KB | Received from Bankruptcy Court copy of Appellant's Designation of record on appeal filed in Bk. Ct. 04/28/2010. (VJ) |
| 05/03/2010 | 1 pg, 56.28 KB | Received from Bankruptcy Court copy of Appellant's Statement of issues on appeal filed in Bk. Ct. 04/28/2010. (VJ) |
| 05/14/2010 | 5 pg, 306.18 KB | Received from Bankruptcy Court copy of Appellant's Motion to proceed in forma pauperis filed in Bk. Ct. 05/06/2010. (VJ) |
| 05/18/2010 | 3 pg, 42.19 KB | Filed order (HOLLOWELL and DUNN) Appellant's motion for fee waiver is hereby TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ruling on the motion. [406626-2](05/18/2010);. (VJ) |
| 05/19/2010 | 12 pg, 1.69 MB | Sent document to U.S. District Court re:Motion of IFP. (VJ) |

Clear All

- ◉ Documents and Docket Summary
- ○ Documents Only

☑ Include page numbers

**Selected Pages:** 0    **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/19/2010 09:44:21 | | | |
| **PACER Login:** | us5194 | **Client Code:** | |
| **Description:** | Docket Report (full) | **Search Criteria:** | 10-1116 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |