IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJ SINGH,

    Appellant,

  vs.                         No. MISC 10-56 WBS KJM PS

LAWRENCE LOHEIT, et al.,

    Appellees.           ORDER
_____/

        This matter was transferred from the Bankruptcy Appellate Panel for the limited purpose of ruling on appellant's motion to proceed in forma pauperis under 28 U.S.C. §1915(a). The motion was referred to the undersigned under Local Rule 72-302(c)(21).

        Appellant has submitted the affidavit required by § 1915(a) showing that appellant is unable to prepay fees and costs or give security for them. Accordingly, IT IS HEREBY ORDERED that appellant's request to proceed in forma pauperis is granted.

DATED: June 25, 2010.

_____
U.S. MAGISTRATE JUDGE

006
singh.bank.ifp

1